**Case #:** _____

## **HARM/INJURIES INFLICTED BY ATT MOBILITY.**

Pursuant to Federal and Maryland Fraud Statutes/Laws, Plaintiff is Not Mandated to Prove Harm/Injuries. However, As a Direct/Proximate Results of ATT Mobility's Unlawful, Predatory, Fraudulent, False Advertising, Malevolent OverBillings and Fraudulent Account Manipulation/Adjustments, Plaintiff Has and Did Sustain the Following Injuries/Harm:

114.    Inability To Secure Credit.

115.    Inability To Secure a Job.

116.    Corporations, Companies, Government Agencies, Private Persons Now Have Incorrect, Malicious, False, Perjured Credit Information About Plaintiff, as a Direct/Proximate Results of ATT Mobility's Negligent, Reckless Disregard for the Truth, Unlawful, Predatory, Fraudulent, False Advertising, Malevolent OverBillings, and Fraudulent Account Adjustments.

117.    Plaintiff's Credit is Decimated. Any Future Repairs to the Plaintiff's Credit Record/History Does Not Provide any Good Assurance that the Plaintiff's Credit was Repaired on All The Databases/Servers that Contain the False, Perjured and Malevolent Credit Reports of ATT Mobility, About the Plaintiff.

118.    Time and Business Income Lost As a Result Direct/Proximate Results of ATT Mobility's Knowingly and Willfully Proffering Known False Credit Information to the Credit Collectors and the Credit Bureaus.

**Case #:** _____

119.     Plaintiff Humbly Submits and Argues that ATT Mobility Has Been on the Binge of
Destroying the Lives of the Blind, Homeless, Aging Parents, Jobless,
Terminally Ill, and Other Poor and Inflicted Ones Since the Advent of the Telephone and
Recently, the Advent of the Cell Phone. **As An Example, the Following WebSites
Delineate a Sample Fraction of the Unlawful, Predatory, Fraudulent, Malicious and
Malevolent Activities of ATT Mobility, LLC; CEO, CFO, President, Board of
Directors, has and continues to Perpetrate on the Unsuspecting American Citizenry:**

http://www.attripoff.com

http://forums.wireless.att.com/t5/LaptopConnect-Tethering/Air-Card-Rip-Off/m-
p/1485155?view=by_date_ascending

http://www.ucan.org/forum/forums/telecommunications/wireless_phone/att_mobilit
y_akacingular_billing_dispute

*http://www.eweek.com/c/a/Mobile-and-Wireless/ATandT-Offers-18-Million-to-Settle-
Early-Termination-Fee-Complaints-103559/*

http://www.oreillynet.com/etel/blog/2007/07/att_rebate_case_going_forward.html

http://whatsonmypc.wordpress.com/2008/12/05/beware-telephone-bill-rip-off/

*http://www.kyphilom.com/www/att.html*

*http://coreyshields.com/node/69*

*http://clarkhoward.com/liveweb/shownotes/2009/03/19/15357/*

*http//:www.lawyersandsettlements.com/case/at-t-mobility-to-pay-2…*

Case #: _____

## ANALYSIS OF ATT MOBILITY'S LIABILITY.

120.     ATT Mobility Was at All Times Relevant to the Events Mentioned Herein,
         ATT Mobility ***Acted Outside the Scope of their Lawfully Authorized Purview*** as
         Lenders/Creditor, Debt Collectors.

121.     At All Times Relevant to the Events, ATT Mobility are and were Owners, Providers of
         Voice/Wireless Data Service, and Ad-Hock Lenders/Creditors, and Debt Collectors, Who
         Engaged in Unlawful, Predatory, Malicious and Fraudulent OverBilling and Fraudulent
         Account Adjustment/Manipulations of Plaintiff's Account For Ill Gotten Wealth, in
         Violation of Statutes and Laws Invoked in Plaintiff's Complaint.

122.     Plaintiff Humbly Submits and Argues That When the Economy is So Bad and
         Hard, and American Citizenry/Populace Who Keeps ATT Mobility Alive Financially and
         as a Corporation, Are Being Layed – Off, Left and Right, This is Not The Time For ATT
         Mobility and the Likes of Verizon to Jack Up Communication Prices and Impose
         Parasitic "Monthly Products" Like Texting Fees, Overages, Etc on the American
         Populace.  Why Can't These CEOs, CFO's, Presidents and Board of Directors "See the
         Destructive Effects of this Blind Greed"?  Can't Take All The Money With You. Can
         You?  You Windup Bankrupt From Stealing From the Poor, Widows, Orphans,
         Terminally Ill and Helpless, Etc.

123.     Plaintiff Humbly Further Argues and Submits that this Mindless Corporate
         Uncontrolled Blind Greed, that is Devoid of Any Moral Restraint
         Will ***"Self Destruct"*** Everyone in the Business Sector, Including ATT Mobility LLC;
         CEO CFO, Presidents and Board of Directors; Investors, Share Holders; U.S.
         Citizenry/Populace; Executive, Legislative, and Judicial Branch of the US and State
         Governments, if Allowed to Run Amok.  Any Reasonable Person Can See Where this
         Blind Greed is Leading Us. We are All Going Down the Shutters - Total Disaster!!!
         Who is Going to Enjoy All These Ill Gotten/Stolen/Plundered Wealth?

Case #: _____

124.    ATT Mobility Unlawful Actions, Deprived/Stripped Plaintiff's of His Consumer
        Protection and Civil Rights.

125.    ATT Mobility's Decision/Policy Makers (i.e. CEO, CFO, President, Board of
        Directors, Etc,) are Liable To the Plaintiff for the Unlawful Actions of its Employees,
        Agents and/or Representatives Directly, Under the Doctrine of *respondeat superior.*

126.    This Action is Brought Against the ATT Mobility, CEO, CFO, President, Board
        of Directors, Etc, in their Individual and Official Capacities, for Violations of
        Plaintiff's Rights.


## ATT MOBILITY'S IMPROPER ULTERIOR MOTIVE(S):

127.    Plaintiff Met His Obligation to this Instant Contract.

128.    ATT Mobility and Its CEO, CFO, President and Board of Directors, Etc, Failed
        to Meet Their Obligation to this Instant as is Evidence and Demonstrated From
        This Complaint and Material Supporting Evidence and Facts.

129.    ATT Mobility and Its CEO, CFO, President and Board of Directors' Motive
        is to Make Quick Ill Gotten Financial Gain (Blood Monies) in any Way
        Possible, Including But Not Limited to Predatory Fraud, False Misrepresentations, False
        Advertising and Fraudulent OverBillings, and Fraudulent Account
        Adjustments/Manipulations, on the Back of the Plaintiff and American Citizenry.

130.    ATT Mobility and Its CEO, CFO, President and Board of Directors, are
        Determined to Crush, Punish and Destroy Plaintiff, if Plaintiff Disputes Any
        Fraudulent Amounts Purportedly Owed, By Sending a Known False,
        Malevolent/Malicious and Perjured Credit Information About the Plaintiff to Debt
        Collectors and Credit Bureaus, So Plaintiff Can't Obtain A Job or Credit.

Case #: _____

## PROXIMATE CAUSATION OF ATT MOBILITY'S UNLAWFUL ACTIONS.

132.    In So Far as ATT Mobility Had No Non-Discriminatory, Lawful or Legitimate
Reasons, to Arbitrarily and Unilaterarily Breach the Contract, Willfully File
Known False, Malevolent/Malicious and Perjured Credit Reports With Debt
Collectors and Credit Bureaus, the Proximate Causation of ATT Mobility's
Unlawful, Arbitrary, Unilateral Intentional, Malicious, Malevolent, Reckless and
Negligent Actions are:

- ❑ A "Deliberate Indifference" to the "Rule of Law" which they Swore to Comply With.
- ❑ A "Deliberate Indifference" to Plaintiff's U.S. Constitutionally Secured Rights.
- ❑ Deprive Plaintiff of His Consumer and Civil Rights.
- ❑ Vengefulness Against Plaintiff for Disputing the Fraudulent and Predatory Overbilling and Fraudulent Account Adjustments.
- ❑ Vengefulness Towards Plaintiff For Requesting A Debt Validation.

**Case #:** _____

# COUNT(S)/CLAIM(S).

Plaintiff Believes the Material Facts, Material Evidence and Truths Surrounding
ATT Mobility's Unlawful and Unauthorized Actions Perpetrated on the Plaintiff by
ATT Mobility, and Allege Herein, as if Restated, the Following Count(s)/Claim(s):

## COUNT/CLAIM #: 1 – UNLAWFUL AND MALEVOLENT BREACH OF CONTRACT.

**Material Facts Alleged:** ATT Mobility Unlawfully Beached the Contract.

**In So Doing, ATT Mobility Violated the Following Statutes/Laws:** Statutes of Frauds; U.C.C.
Article 2; 15 U.S.C. 1692; Maryland Uniform Commercial Code; MD Commercial Law, Title 13; and
Maryland Consumer Protection Act.

## COUNT/CLAIM #: 2 – ATT MOBILTY DEFRAUDED THE PLAINTIFF (INTERNET, MAIL AND WIRE FRAUD).

**Material Facts Alleged:** ATT Mobility Defrauded the Plaintiff Via the Internet, Telephone and By
Mail.

**In So Doing, ATT Mobility Violated the Following Statutes/Laws:** 18 U.S.C. 1341;
18 U.S.C. 1843; Statutes of Frauds; U.C.C. Article 2; 15 U.S.C. 1692; Maryland Uniform
Commercial Code; MD Commercial Law, Title 13; and Maryland Consumer Protection Act.

**Case #:** _____

## COUNT/CLAIM #: 3 – ATT MOBILITY'S FALSE ADVERTISEMENTS.

**Material Facts Alleged:** ATT Mobility Advertisement on the Internet, Television and by Mail, about the Instant Services and Products is and was False and Misleading, Causing the Plaintiff to Procure Known Defective, Decrepit, In-Operable, Poorly Refurbished Hardware, Firmware/Software, and Unreliable Wireless Data Services, While ATT Mobility Predatorily and Fraudulently OverBilled and Fraudulently Adjusted/Manipulated Plaintiff's Account for Defective Equipment, and for Services Not Provided.

**In So Doing, ATT Mobility Violated the Following Statutes/Laws:** 15 U.S.C. A. § 1125(a); Statutes of Frauds; U.C.C. Article 2; 15 U.S.C. 1692g; Maryland Uniform Commercial Code; MD Commercial Law, Title 13; and Maryland Consumer Protection Act.

## COUNT/CLAIM #: 4 – NEGLIGENCE AND RECKLESS DISREGARD FOR THE TRUTH, LIFE & PLAINTIFF'S CREDIT STANDING.

**Material Facts Alleged:** ATT Mobility Negligently, and With Reckless Disregard for the Truth, Willfully Proffered Known False, Fraudulent Credit Information About the Plaintiff to Debt Collectors and Credit Bureaus in Malicious/Malevolent Unlawful Actions to Destroy Plaintiff's Credit and Render Plaintiff CreditLess, and Subsequently Homeless and Jobless.

**In So Doing, ATT Mobility Violated the Following Statutes/Laws:** Statutes of Frauds; U.C.C. Article 2; 15 U.S.C. 1692; Maryland Uniform Commercial Code; MD Commercial Law, Title 13; and Maryland Consumer Protection Act.

Kess Tani                                Page 33 of 58

**Case #:** _____

## COUNT/CLAIM #: 5 – ATT MOBILITY UNLAWFULLY, WILLFULLY, KNOWINGLY PROFERRED KNOWN FALSE & MISLEADING CREDIT REPORT TO CREDIT BUREAUS.

**Material Facts Alleged:** ATT Mobility Predatorily, Malevolently, Fraudulently, Knowingly and Willfully Proffered a Known False, Misleading, Perjured and Malicious Credit Reports to the Credit Bureaus, in an Effort to Harm/Injury Plaintiff's Credit Record/History.

**In So Doing, ATT Mobility Violated the Following Statutes/Laws:** Provisions of 15 U.S.C. 1692e.

## COUNT/CLAIM #: 6 – ATT MOBILITY WILLFULLY PROFERRED KNOWN FALSE CREDIT REPORT TO DEBT COLLECTOR.

**Material Facts Alleged:** ATT Mobility Predatorily, Malevolently, Fraudulently, Knowingly and Willfully Proffered a Known False, Misleading, Perjured and Malicious Credit Reports With Debt Collector, EOS-CCA.

**In So Doing, ATT Mobility Violated the Following Statutes/Laws:** Provisions of 15 U.S.C. 1692e.

Case #: _____

## COUNT/CLAIM #: 7 –   ATT MOBILITY UNLAWFULLY FAILED TO PROVIDE PLAINTIFF WITH DEBT VALIDATION.

**Material Facts Alleged:** ATT Mobility Failed to Respond to Plaintiff Request for Debt Validation, and Failed to Provide the Plaintiff Debt Validation Through ATT Mobility's Debt Collector, EOS-CCA.

**In So Doing, ATT Mobility Violated the Following Statutes/Laws:** Provisions of 15 U.S.C. 1692g.

## COUNT/CLAIM #: 8 – ATT MOBILITY UNLAWFULLY, WILLFULLY, KNOWINGLY, AND FALSELY MISREPRESENTED THE CHARACTER, AMOUNT AND LEGAL STATUS OF THE PURPORTED DEBT.

**Material Facts Alleged:** ATT Mobility Falsely Misrepresented the Character, Amount and Legal Status of the Purported Debt.

**In So Doing, ATT Mobility Violated the Following Statutes/Laws:** Provisions of 15 U.S.C. 1692e.

Case #: _____

## COUNT/CLAIM #: 9 – ATT MOBILITY FAILED TO PROVIDE
## THE PLAINTIFF WITH INITIAL COMMUNICATION.

**Material Facts Alleged:** ATT Mobility Failed to Communicate to the Plaintiff that the Purported
Debt was Known to Be False and in Dispute, and that the Purported Debt Was Being Turned Over to
Debt Collectors and the Credit Bureaus.

**In So Doing, ATT Mobility Violated the Following Statutes/Laws:** Provisions of
15 U.S.C. 1692c.

## COUNT/CLAIM #: 10 – ATT MOBILITY UNLAWFULLY, PREDATORILY
## AND FRAUDULENTLY COLLECTED MONIES FOR
## PRODUCTS AND SERVICES NOT PROVIDED.

**Material Facts Alleged:** ATT Mobility Predatorily, Malevolently, Fraudulently, Knowingly and
Willfully Collected Monies for Defective, Decrepit, In-Operable, Poorly Refurbished Hardware,
Firmware/Software, and Wireless Data Services; OverBilled, Fraudulently Adjusted/Manipulated
Plaintiff's Account for Defective Equipment and for Services Not Provided.

**In So Doing, ATT Mobility Violated the Following Statutes/Laws:** 18 U.S.C. 1341;
18 U.S.C. 1843; Statutes of Frauds; U.C.C. Article 2; 15 U.S.C. 1692; Maryland Uniform
Commercial Code; MD Commercial Law, Title 13; and Maryland Consumer Protection Act.

Case #: _____

## COUNT/CLAIM #: 11 – ATT MOBILITY CRIMINALLY HARMED
## PLAINTIFF'S REPUTATION.

**Material Facts Alleged:** ATT Mobility Criminally Harmed/Injured Plaintiff's Reputation By
Willfully and Knowingly Proffering Known False, Perjured, Malicious Credit Reports to Debt
Collectors and Credit Bureaus. And the Credit Bureaus in Turn Provided the Instant Credit Reports to
Corporations, Companies, Investigative Entities, and Private Individuals, Etc.

**In So Doing, ATT Mobility Violated the Following Statutes/Laws:** Provisions of
15 U.S.C. 1692d.

## PRAYER FOR RELIEF

In Consideration of the Litany of Violations, Supporting Material Facts; Supporting Material Evidence,
Supporting Authorities/Laws, Plaintiff Humbly Petitions this Honorable Court to Issue a Declaratory and
Injunctive Order Directing ATT Mobility to:

a. Cease and Desist from Predatorily, Fraudulently Raping and Victimizing the American
Citizenry/Populace With False Advertising; Predatory, Fraudulent and Malevolent Overbillings;
Fraudulent Account Manipulations/Adjustments of Customer Accounts, and Blatant Fraud and
Destruction of American Lives by Proffering Known False and Unvalidated Purported Debts to
Debt Collectors and Credit Bureaus.

b. Declare the Unlawful Actions of the ATT Mobility, Alleged and Described above as
Violations, Deprivation and Stripping of the Plaintiff's Clearly Established Federal and
Maryland State Rights, Invoked in this Complaint.

c. Enter a Permanent Injunction Directing ATT Mobility to Take Affirmative Steps Necessary to
Prevent Recurrence of the Above Alleged Unlawful Actions, and Provide the Proof of Such
Preemptive Measures and Compliance, to this Honorable Court and the Plaintiff.

Case #: _____

d.  Award Plaintiff Compensatory Damages; Statutory Damages; Punitive Damages; Attorney's Fee; Cost of Action; Interest, and Any Other Damages/Relief as this Honorable Court Deems Just and Proper, Pursuant with Federal and Maryland State Statutes and Laws.

Respectfully Submitted

*K. Tani*

*Kess Tani*

P.O. Box 794,

North East, Maryland 21901

E-Mail: kess.tani@yahoo.com

## CERTIFICATE OF SERVICE

This is to Certify that I, Kess Tani, Plaintiff, Served and Mailed a Copy of this Proceedings on the Defendants thru their Resident Agent and Attorneys of Record, and to the Clerk of Court for Filing, Via United States Postal Service, Certified Mail, Restricted, Return Receipt Requested, On or About April 26th, 2009.

Kess Tani: *K. Tani*                                       Date: 04-26-2010

### *LAST KNOWN ADDRESS OF DEFENDANTS/DEFENDANTS' RESIDENT AGENT & ATTORNEY(S) OF RECORD*

| | |
|---|---|
| Corporation Trust, Inc.<br>Resident Agent For ATT Mobility<br>351 West Camden Street,<br>Baltimore, Maryland 21201 | ATT Mobility<br>Attn: Kathleen H. Broom<br>1025 Lenox Park Blvd, Suite SC23<br>Atlanta, Georgia 30319 |

Kess Tani                           Page 38 of 58

**Case #:** _____

## EXHIBIT 1 – INITIAL ORDER CONFIRMATION.

Print                                    http://us.mg3.mail.yahoo.com/dc/launch?.gx=1&.rand=5r0fp7s2dqqu6

**From:** iCare@Cingular.com (iCare@Cingular.com)
**To:** kess.tani@yahoo.com;
**Date:** Wed, February 27, 2008 5:07:46 PM
**Cc:**
**Subject:** AT&T - Wireless Order Status Confirmation



### Welcome To AT&T

AT&T - Wireless Order Confirmation

Dear Kes Tani,

Thank you for your recent order, we value and appreciate your business.  Please refer to the important information below.

   Wireless Telephone Number: 410-693-4487, 410-693-6268

   Order Number (use at website): 11008469000778

   Shipping Order Number (use at 866-339-3888): 2249860

To check the status of your order click here and enter the above order number or call our automated system at 866-339-3888 and enter the shipping order number listed above.

| Item Name | Item Number | Quantity Ordered | Unit Price | Extended Price |
|---|---|---|---|---|
| SIM Card | 71234 | 1 | $0.00 | $0.00 |
| SIM Card | 71234 | 1 | $5.95 | $5.95 |
| Sierra Wireless Ac881 Usb Phone | R4729 | 1 | $49.99 | $49.99 |

Did you Remember?

To accessorize your phone!  We have everything you need to power, protect and personalize your phone all at a great price!  Call us about our full array of Bluetooth headsets and other accessories!

To purchase a data plan!  It's the most cost effective way to use the Internet and to check your email!

If you would like to purchase an accessory or need assistance within the first 30 days of service, please call us at 800-866-1514.  Business Customers, please call us at 800-838-9622.

Thank you for choosing AT&T for your wireless service. Welcome to the largest digital voice and data network in America .

Sincerely,

Lisa Luff
Vice President, Direct Marketing

Kess Tani                      Page 39 of 58

Case #: _____

## EXHIBIT 2 – FAILED/DEFECTIVE EQUIPMENT RETURN (03/20/2008)

Print                                    http://us.mg3.mail.yahoo.com/dc/launch?.gx=1&.rand=5r0fp7s2dqqu6

**From:** AT&TReturns@mobility.com (AT&TReturns@mobility.com)
**To:** kess.tani@yahoo.com;
**Date:** Thu, March 20, 2008 9:19:59 AM
**Cc:**
**Subject:** Your AT&T Return Label is Enclosed

AT&T - Return Label Notification

Dear KES TANI,

AT&T values our relationship with you and offers a return policy for equipment and services
purchased directly from AT&T*. This message contains a pre-paid, pre-addressed return label to
use to return equipment you purchased from AT&T **within 30 days from** the date the equipment
was shipped.

To complete your return, follow these steps:

1. Click here to access your return label and print it
2. Remove any confidential, proprietary or personal information from the equipment being
   returned
3. Repackage the equipment (device, battery, charger, manual and software) in the
   manufacturer's original packaging along with a copy of the order confirmation invoice
4. Affix the return label to the box. Be sure to remove any original shipping labels
5. Drop your return at any United States Postal Service location - at home, work, or a USPS
   blue drop box
6. Retain a copy of the return label for your records. To track your return, click here

Equipment must be in like-new condition with no visible damage to be eligible for a refund. See
our complete return policy at att.com/ReturnPolicy.

*If you purchased your equipment from an authorized retailer of AT&T, follow the return
instructions provided by the authorized retailer.

Thank you for choosing AT&T.

Sincerely,
AT&T

NOTE: This is an automated email. Please do not reply to this email. Replies will not be read.
Privacy Policy | Terms of Use

© 2007 AT&T Intellectual Property. All rights reserved. AT&T and the AT&T logo are
trademarks of AT&T Intellectual Property

Kess Tani                        Page 40 of 58

**Case #:** _____

## EXHIBIT 3 – FAILED/DEFECTIVE EQUIPMENT RETURN ACKNOWLEDEMENT.

Print                                    http://us.mg3.mail.yahoo.com/dc/launch?.gx=1&.rand=5r0fp7s2dqqu6

**From:** iCare@Cingular.com (iCare@Cingular.com)
**To:** kess.tani@yahoo.com;
**Date:** Thu, April 3, 2008 5:09:37 AM
**Cc:**
**Subject:** AT&T - Wireless Return Confirmation

AT&T

AT&T – Equipment Received Notification

Dear Kes Tani,

Thank you for your recent order, we value and appreciate your business.  This message is to inform you that we have received the following item(s) at our warehouse.  Please allow an additional 5-7 business days for us to process your return in accordance with our return policy.  For more details read our complete return policy at wireless.att.com/returnpolicy.

 Wireless Telephone Number: 410-693-4487, 410-693-6268

 Order Number (use at website): 11008469000778

 Shipping Order Number (use at 866-339-3888): 2249860

| Item Name | Item Number | Quantity Ordered | Quantity Returned |
|---|---|---|---|
| Sierra Wireless Ac881 Usb Phone | R4729 | 1 | 1 |

If you have further questions, please contact us at 800-866-1514.  Business Customers, please call us at 800-838-9622.

Sincerely,

AT&T

This e-mail is auto-generated. Please do not reply.

Privacy Policy | Terms of Use

 © AT&T Knowledge Ventures.
 All rights reserved. AT&T is a
 trademark of AT&T Knowledge
 Ventures.

Kess Tani                    Page 41 of 58

## EXHIBIT 4 – FAILED/DEFECTIVE EQUIPMENT RETURN (04/15/2008).

Print                                          http://us.mg3.mail.yahoo.com/dc/launch?.gx=1&.rand=5r0fp7s2dqqu6

**From:** AT&TReturns@mobility.com (AT&TReturns@mobility.com)
**To:** kess.tani@yahoo.com;
**Date:** Tue, April 15, 2008 9:16:11 AM
**Cc:**
**Subject:** Your AT&T Return Label is Enclosed

AT&T - Return Label Notification

Dear KES TANI,

AT&T values our relationship with you and offers a return policy for equipment and services
purchased directly from AT&T*. This message contains a pre-paid, pre-addressed return label to
use to return equipment you purchased from AT&T **within 30 days from** the date the equipment
was shipped.

To complete your return, follow these steps:

1. Click here to access your return label and print it
2. Remove any confidential, proprietary or personal information from the equipment being
   returned
3. Repackage the equipment (device, battery, charger, manual and software) in the
   manufacturer's original packaging along with a copy of the order confirmation invoice
4. Affix the return label to the box. Be sure to remove any original shipping labels
5. Drop your return at any United States Postal Service location - at home, work, or a USPS
   blue drop box
6. Retain a copy of the return label for your records. To track your return, click here

Equipment must be in like-new condition with no visible damage to be eligible for a refund. See
our complete return policy at att.com/ReturnPolicy.

*If you purchased your equipment from an authorized retailer of AT&T, follow the return
instructions provided by the authorized retailer.

Thank you for choosing AT&T.

Sincerely,
AT&T

NOTE: This is an automated email. Please do not reply to this email. Replies will not be read.
Privacy Policy | Terms of Use

© 2007 AT&T Intellectual Property. All rights reserved. AT&T and the AT&T logo are
trademarks of AT&T Intellectual Property

Kess Tani                    Page 42 of 58

Case #: _____

## EXHIBIT 5 – REPLACEMENT FOR SIERRA AC881 AIR CARD (08/28/2008).

Print                                         http://us.mg3.mail.yahoo.com/dc/launch?.gx=1&.rand=5r0fp7s2dqqu6

**From:** ATTOrderStatus@ordertrack.wireless.att-mail.com
(ATTOrderStatus@ordertrack.wireless.att-mail.com)
**To:** KESS.TANI@YAHOO.COM;
**Date:** Thu, August 28, 2008 10:10:37 PM
**Cc:**
**Subject:** AT&T - Wireless Order Status Confirmation

 at&t

### Welcome To AT&T

AT&T - Wireless Order Confirmation

Dear Kes Tani,

Thank you for your recent order, we value and appreciate your business.  Please refer to the important information below.

Wireless Telephone Number: 410-562-6096

Order Number (use at website): 11012109000166

Shipping Order Number (use at 866-339-3888): 2929440

To check the status of your order click here and enter the above order number or call our automated system at 866-339-3888 and enter the shipping order number listed above.

| Item Name | Item Number | Quantity Ordered | Unit Price | Extended Price |
|---|---|---|---|---|
| Option Wireless Hsupa Express Phone | 64741 | 1 | $99.99 | $99.99 |
| SIM Card | 71234 | 1 | $0.00 | $0.00 |
| Freight | 88869 | 1 | $0.00 | $0.00 |

### Did you Remember?

To accessorize your phone!  **We have everything you need to power, protect and personalize your phone all at a great price!  Call us about our full array of Bluetooth headsets and other accessories!**

To purchase a data plan!  **It's the most cost effective way to use the Internet and to check your email!**

**If you would like to purchase an accessory or need assistance within the first 30 days of service, please call us at** 800-866-1514.  **Business Customers, please call us at** 800-838-9622.

Thank you for choosing AT&T for your wireless service.  Welcome to the largest digital voice and data network in America .

Sincerely,

Lisa Luff
Vice President, Direct Marketing

Kess Tani                            Page 43 of 58

Case #: _____

# EXHIBIT 6 - FAILED/DEFECTIVE EQUIPMENT RETURN (11/24/2008).

 **at&t**

**Packing Slip**

Page 1

CT0000002951893                    1XB01D

Shipping Address:
**KES TANI**
**1850 GRAYMONT WAY**
**EDGEWOOD MD 21040**

| | |
|---|---|
| Entry Date: | 11/24/2008 14:01 |
| Picked: | 11/24/2008 14:04 |
| RMA#: | RMA44062400 |

| | |
|---|---|
| Ship ID: | SID000002913812 |
| Ship Method: | FedEx - 05 |
| Your Order#: | 0RLM-O-17751207 |

| Line | Part # | Bin | Description | SID | MDN | Pick QTY | Ship QTY |
|---|---|---|---|---|---|---|---|
| 1 | 76220 | | COL att GSM SEED STOCK | | | 1 | 1 |
| 2 | 76221 | | COL att  XBM T & C FOR L4L | | | 1 | 1 |
| 3 | 78709 | XCOL12 | COL NAT ATC RETURN LABEL RB | | | 1 | 1 |
| 4 | S4741 | S53E2F | TRN att OPT GTMAX HSUPA EXPRS | | 4105626096 | 1 | 1 |

Your return tracking #:   **610 82 21040 9001 0 044062400**
You can track you return shipment on www.tracking.smartlabel.com

*** PLEASE RETURN YOUR DEFECTIVE HANDSET AND THE BOTTOM PORTION OF THIS FORM
*** IN THIS BOX WITHIN 10 DAYS...........THANK YOU

*Please cut on dashed line and include bottom portion with returned product*

Kess Tani                    Page 44 of 58

**Case #:** _____

# EXHIBIT 7 - REPLACEMENT FOR OPTION GT EXPRESS AIR CARD (11/25/2008).

Print                                        http://us.mg3.mail.yahoo.com/dc/launch?.gx=1&.rand=5r0fp7s2dqqu6

**From:** returns@cingular.com (returns@cingular.com)
**To:** KESS.TANI@YAHOO.COM;
**Date:** Tue, November 25, 2008 7:09:00 AM
**Cc:**
**Subject:** AT&T - Order Status Update

Cellular Telephone number:  4105626096
Returns Authorization Number:  RMA44062400
AT&T - Order Status Update

Dear KES TANI,

On behalf of all AT&T employees, thank you for being a part of the largest
digital network in America.  Your order has been shipped.  You can review
the status of your shipment directly from the carrier by clicking on the
following link:
http://fedex.com/Tracking?tracking?action=track&language=english&last_action=alttrack&ascend_l

We look forward to servicing your wireless needs for a long time to come.

Sincerely,

AT&T


NOTE:  This is an automated email.  Please do not reply to this email.
Replies will not be read.

---

Kess Tani                    Page 45 of 58

Case #: _____

## EXHIBIT 8 – ATT MOBILITY'S SIM CARD FIX – (12/19/2008).

Print                                       http://us.mg3.mail.yahoo.com/dc/launch?.gx=1&.rand=5r0fp7s2dqqu6

**From:** ATTOrderStatus@ordertrack.wireless.att-mail.com
(ATTOrderStatus@ordertrack.wireless.att-mail.com)
**To:** KESS.TANI@YAHOO.COM;
**Date:** Fri, December 19, 2008 3:06:10 PM
**Cc:**
**Subject:** Your recent ATT order status



═══════════════════════════════════════

### Welcome To AT&T
AT&T - Wireless Order Confirmation

Dear Kes Tani,

Thank you for your recent order, we value and appreciate your business. Please refer to the important information below.

    Cellular Telephone Number:410-693-4487

    Order Number: 31011467000148

    Shipping Order Number: 663081

Check the status of your order at http://www.wireless.att.com/order_status/order_status or call our automated system at 877-782-8870.

| Item Name | Item Number | Quantity Ordered | Unit Price | Extended Price |
|-----------|-------------|------------------|------------|----------------|
| Various SIM | 71234 | 1 | $0.0 | $0.0 |
| FREIGHT | 88869 | 1 | $0.0 | $0.0 |

We are working hard to fulfill your order as soon as possible and you will receive an email as soon as we complete shipping. The email will include tracking number link(s) for your convenience.

Check the status of your order at any time at our website by clicking here or by calling our automated system at 877-782-8870.

Manage your account and view your bill at our website. Sign up using your wireless number by clicking here .

Thank you again for choosing AT&T. Welcome to the largest digital voice and data network in America.

Sincerely,

AT&T

---

**Case #:** _____

# EXHIBIT 9 - REPLACEMENT FOR OPTION GT EXPRESS AIR CARD (01/06/2009).

Print                                      http://us.mg3.mail.yahoo.com/dc/launch?.gx=1&.rand=5r0fp7s2dqqu6

**From:** ATTOrderStatus@ordertrack.wireless.att-mail.com
(ATTOrderStatus@ordertrack.wireless.att-mail.com)
**To:** KESS.TANI@YAHOO.COM;
**Date:** Tue, January 6, 2009 11:22:20 PM
**Cc:**
**Subject:** Your recent ATT order status

 at&t

## Welcome To AT&T
AT&T - Wireless Shipping Notification

Dear Kes Tani,

Thank you for your recent order, we value and appreciate your business. We are pleased to inform you that your order has shipped. You can review the status of your shipment(s) by clicking on the tracking number(s) below.

Cellular Telephone Number:410-562-6096

Order Number: 31011678000266

Shipping Order Number: 688735

| Item Name | Item Number | Quantity Ordered | Quantity Shipped | Tracking Number |
|---|---|---|---|---|
| Various SIM | 71234 | 1 | 1 | 1Z1WF7440211823846 |
| FREIGHT | 88869 | | 1 | 1Z1WF7440211823846 |
| Option Wireless HSUPA EXPRESS PHONE | R4741 | 1 | 1 | 1Z1WF7440211823846 |

Manage your account and view your bill at our website. Sign up using your wireless number by clicking here .

Thank you again for choosing AT&T. Welcome to the largest digital voice and data network in America .

Sincerely,

AT&T

## Activating Your Phone
Instructions for activating your service will be included in the box.

## Claiming a Rebate
If your order includes a new phone, it is important that you retain the box in which

**Case #:** _____

# EXHIBIT 10 – ATT MOBILITY'S DEBT COLLECTOR'S REFUSAL TO COLLECT.



January 22, 2010

Mr  Kes Tani
PO BOX 794
North East, MD. 21901

> Re:   EOS CCA Ref #: 11-37265640
>        Original Creditor: AT&T Mobility | Creditor Account #: 864689625

Dear Mr. Tani:

Our client, AT&T Mobility, placed the above referenced account with our office on 6/14/2009.  As of 1/22/2010, the account has been closed and returned to AT&T Mobility.  As such, our office will not contact you any further.

We have also notified AT&T Mobility concerning the above referenced account and requested validation of the debt. We also notified AT&T Mobility of your intentions of possibly filing a lawsuit.

If you have any questions or concerns, please contact my office at 800-886-9177, extension 14345

Sincerely,

Paul H. Downs
Compliance Assistant

---

Kess Tani                        Page 48 of 58

Case #: _____ __

# EXHIBIT 11 – ATT MOBILITY'S PREDATORY, FRAUDULENT OVERBILLING, AND FRAUDULENT ACCOUNT ADJUSTMENT/MANIPULATIONS.

Page:            1 of 7
Billing Cycle Date: 02/27/08 - 03/28/08
Account Number:  864689625

**How To Contact Us:**
- 1-800-331-0500 or 611 from your cell phone
- For Deaf/Hard of Hearing Customers (TTY/TDD)
  1-866-241-6567

**Wireless Number with Rollover**
410-693-4487  -  14 Minutes

**Wireless Number**
410-693-6268

| | |
|---|---:|
| Previous Balance | 0.00 |
| Payments Posted | -200.00 |
| Adjustments to Previous Balance | 110.00 |
| **CREDIT BALANCE** | **-90.00** |
| Monthly Service Charges | 199.98 |
| Usage Charges | 0.93 |
| Credits/Adjustments/Other Charges | 154.61 |
| Government Fees & Taxes | 21.55 |
| **TOTAL CURRENT CHARGES** | **377.07** |
| Due  Apr 26, 2008 | |
| Late fees assessed after Apr 28 | |
| **Total Amount Due  $287.07** | |

**Payment Administrative Fee**

Please be advised that payments made with a representative may
be subject to an administrative fee.  There is no cost to pay by
mail or via an automated payment method.  For more information,
see the "Other Payment Options" section on page 2 of your invoice.

Return the portion below with
payment only to AT&T Mobility.

*17600 CANTRELL RD 2ND FLOOR*
*LITTLE ROCK, AR 72223-4266*

| | |
|---|---:|
| Account Number: | 864689625 |
| Total Amount Due: | $287.07 |
| Amount Paid: | |
| $ | |

*Please do not send correspondence with payment.*

☐ Yes, enroll me in AutoPay
Signature required on reverse

KES TANI
PO BOX 3
SEVERN, MD 21144-0003

**Total Amount**
**Due by Apr 26, 2008**

Please Mail Check Payable To:

AT&T Mobility
PO Box 536216
Atlanta, GA 30353-6216

9900000086468962500000000003770700000028707007

Case #: _____

## EXHIBIT 12 - PROOF OF ATT MOBILITY'S PREDATORY, FRAUDULENT OVERBILLING & FRAUDULENT ACCOUNT ADJUSTMENTS/MANIPULATIONS.

| ATT Mobility Statement Period | Unlawful, Predatory and Fraudulent Items OverBilled | Predatory And Fraudulent Account Adjustment? | | Was Equipment For Wireless Data (Ph.# 410-696-6268/6090) Working As Contracted? | | Predatorily and Fraudulently OverBilled For Defective Wireless Data Equipment? | | Total Amount Fraudulently OverBilled | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| | | Yes | No | Yes | No | Yes | No | | |
| 02/27 To 03/28, 2008 | Fraudulent Monthly Service Charges of $199.98; 171,420KB of Wireless Data; and Account Adjustments, Etc. | ✓ | | | ✓ | ✓ | | $377.07 | ATT Mobility Had & Knew of the Defective 'Sierra AC881 USB Phone Wireless Air Card During This Billing Period. |
| 03/29 To 04/28, 2008 | Fraudulent Dataconnect wifi For $60.00; 70,105KB of Wireless Data; and Account Adjustments, Etc. | ✓ | | | ✓ | ✓ | | $112.52 | ATT Mobility Had & Knew of the Defective 'Sierra AC881 USB Phone Wireless Air Card During This Billing Period. |

Kess Tani

Case #: _____

# EXHIBIT 12 - PROOF OF ATT MOBILITY'S PREDATORY, FRAUDULENT
## OVERBILLING & FRAUDULENT ACCOUNT ADJUSTMENTS/MANIPULATIONS.

| ATT Mobility Statement Period | Unlawful, Predatory and Fraudulent Items OverBilled | Predatory And Fraudulent Account Adjustment? | | Was Equipment For Wireless Data (Ph.# 410-696-6268/6090) Working As Contracted? | | Predatorily and Fraudulently OverBilled For Defective Wireless Data Equipment? | | Total Amount Fraudulently OverBilled | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| | | Yes | No | Yes | No | Yes | No | | |
| 04/29 To 05/28, 2008 | Fraudulent Account Adjustments, Etc. | ✓ | | | ✓ | | ✓ | $47.25 | ATT Mobility Had & Knew of the Defective 'Sierra AC881 USB Phone Wireless Air Card. |
| 05/29 To 06/28, 2008 | Monthly Service Charges, Adjustments, Etc. | ✓ | | | ✓ | | ✓ | $45.30 | ATT Mobility Had & Knew of the Defective 'Sierra AC881 USB Phone Wireless Air Card. |
| 06/29 To 07/28, 2008 | Fraudulent Wireless 146 MB & 127 Text Messaging Usage; Account Adjustments. | ✓ | | | ✓ | ✓ | | $47.45 | ATT Mobility Had & Knew of the Defective 'Sierra AC881 USB Phone Wireless Air Card. |

Kess Tani

Page 52 of 58

Case #: _____

## EXHIBIT 12 - PROOF OF ATT MOBILITY'S PREDATORY, FRAUDULENT

## OVERBILLING & FRAUDULENT ACCOUNT ADJUSTMENTS/MANIPULATIONS.

| ATT Mobility Statement Period | Unlawful, Predatory and Fraudulent Items OverBilled | Predatory And Fraudulent Account Adjustment? | | Was Equipment For Wireless Data (Ph.# 410-696-6268/6090) Working As Contracted? | | Predatorily and Fraudulently OverBilled For Defective Wireless Data Equipment? | | Total Amount Fraudulently OverBilled | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| | | Yes | No | Yes | No | Yes | No | | |
| 07/29 To 08/28, 2008 | Fraudulent For Wireless Data of $108.68; Account Adjustments, Etc. | ✓ | . | | ✓ | ✓ | | $153.29 | ATT Mobility Had & Knew of the Defective 'Sierra AC881 USB Phone Wireless Air Card During This Billing Period. |
| 08/29 To 09/28, 2008 | Fraudulent Wireless Data Usage of $67.17; Replacement of Defective Air Card for $105.99; Fraudulent Account Adjustments, Etc. | ✓ | | | ✓ | ✓ | | $217.47 | ATT Mobility Sent a Defective Option Wireless Hsupa Express Phone Card During This Billing Period. |

Kess Tani

Page 53 of 58

Kess Tani

Case #: _____

# EXHIBIT 12 - PROOF OF ATT MOBILITY'S PREDATORY, FRAUDULENT OVERBILLING & FRAUDULENT ACCOUNT ADJUSTMENTS/MANIPULATIONS.

| ATT Mobility Statement Period | Unlawful, Predatory and Fraudulent Items OverBilled | Predatory And Fraudulent Account Adjustment? | | Was Equipment For Wireless Data (Ph.# 410-696-6268/6090) Working As Contracted? | | Predatorily and Fraudulently OverBilled For Defective Wireless Data Equipment? | | Total Amount Fraudulently OverBilled | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| | | Yes | No | Yes | No | Yes | No | | |
| 09/29 To 10/28, 2008 | Fraudulent Wireless Data Usage of 2MB And $67.16; Fraudulent Account Adjustments, Etc. | ✓ | | | ✓ | ✓ | | $225.79 | ATT Mobility Sent a Defective Option Wireless Hsupa Express Phone Card |
| 10/29 To 11/28, 2008 | Fraudulent Wireless Data Usage of 4MB And $67.16; Fraudulent Account Adjustments, Etc. | ✓ | | | ✓ | ✓ | | $157.86 | ATT Mobility Sent a Defective Option Wireless Hsupa Express Phone Card. |

Case #: _____

# EXHIBIT 12 - PROOF OF ATT MOBILITY'S PREDATORY, FRAUDULENT OVERBILLING & FRAUDULENT ACCOUNT ADJUSTMENTS/MANIPULATIONS.

| ATT Mobility Statement Period | Unlawful, Predatory and Fraudulent Items OverBilled | Predatory And Fraudulent Account Adjustment? | | Was Equipment For Wireless Data (Ph.# 410-696-6268/6090) Working As Contracted? | | Predatorily and Fraudulently OverBilled For Defective Wireless Data Equipment? | | Total Amount Fraudulently OverBilled | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| | | Yes | No | Yes | No | Yes | No | | |
| 11/29 To 12/28, 2008 | Fraudulent Wireless Data Usage of 8MB And $67.16; Fraudulent Account Adjustments, Etc. | ✓ | | | ✓ | ✓ | | $132.95 | ATT Mobility Sent a Defective Option Wireless Hsupa Express Phone Card. |
| 12/29/ To 01/28, 2009 | Fraudulent Wireless Data Usage of 5MB And $66.94; Text Messaging of 110 KB of $29.99 & $24.07; Fraudulent Account Adjustments, Etc. | ✓ | | | ✓ | ✓ | | $148.40 | ATT Mobility Sent a Defective Option Wireless Hsupa Express Phone Card During This Billing Period. |

Case #: _____

## EXHIBIT 12 - PROOF OF ATT MOBILITY'S PREDATORY, FRAUDULENT OVERBILLING & FRAUDULENT ACCOUNT ADJUSTMENTS/MANIPULATIONS.

| ATT Mobility Statement Period | Unlawful, Predatory and Fraudulent Items OverBilled | Predatory And Fraudulent Account Adjustment? | | Was Equipment For Wireless Data (Ph.# 410-696-6268/6090) Working As Contracted? | | Predatorily and Fraudulently OverBilled For Defective Wireless Data Equipment? | | Total Amount Fraudulently OverBilled | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| | | Yes | No | Yes | No | Yes | No | | |
| 01/29 To 02/28, 2009 | Fraudulent Wireless Data Usage of 135KB & $159.00; And $154.77 For Voice; $17.20 For Text Messaging; Fraudulent Account Adjustments, Etc. | ✓ | | | ✓ | ✓ | | $379.48 | ATT Mobility Sent a Defective Option Wireless Hsupa Express Phone Card During This Billing Period. |
| 03/01 To 03/28, 2009 | Fraudulent Wireless Data Usage of $44.99; Monthly Service Charges, Adjustments, Etc. | ✓ | | | ✓ | ✓ | | $435.07 | ATT Mobility Unilaterally Terminated Service On or About March 12th, 2009, Yet Fraudulently OverBilled From March 1st To March 28th, 2009. |

Kess Tani

Case #: _____

# EXHIBIT 12 - PROOF OF ATT MOBILITY'S PREDATORY, FRAUDULENT OVERBILLING & FRAUDULENT ACCOUNT ADJUSTMENTS/MANIPULATIONS.

| ATT Mobility Statement Period | Unlawful, Predatory and Fraudulent Items OverBilled | Predatory And Fraudulent Account Adjustment? | | Was Equipment For Wireless Data (Ph.# 410-696-6268/6090) Working As Contracted? | | Predatorily and Fraudulently OverBilled For Defective Wireless Data Equipment? | | Total Amount Fraudulently OverBilled | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| | | Yes | No | Yes | No | Yes | No | | |
| 03/29 To 04/28, 2009 | Double OverBilling For the Same Month of March For $54.18; Monthly Service Charges, Adjustments, Etc. | ✓ | | | ✓ | ✓ | | $489.25 | ATT Mobility Already Unilaterally Terminated the Contract and Fraudulently OverBill For March 29th to April 28th, 2009. |
| 04/29 To 05/28, 2009 | Fraudulent Charge of $5.00; Monthly Service Charges, Adjustments, Etc. | | | | | | | $494.25 | ATT Mobility Already Unilaterally Terminated the Contract and Fraudulently OverBill For March 29th to April 28th, 2009. |

Kess Tani

# EXHIBIT 12 - PROOF OF ATT MOBILITY'S PREDATORY, FRAUDULENT OVERBILLING & FRAUDULENT ACCOUNT ADJUSTMENTS/MANIPULATIONS.

| ATT Mobility Statement Period | Unlawful, Predatory and Fraudulent Items OverBilled | Predatory And Fraudulent Account Adjustment? | | Was Equipment For Wireless Data (Ph.# 410-696-6268/6090) Working As Contracted? | | Predatorily and Fraudulently OverBilled For Defective Wireless Data Equipment? | | Total Amount Fraudulently OverBilled | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| | | Yes | No | Yes | No | Yes | No | | |
| 05/29 To 06/28, 2009 | Fraudulent Charge of $5.00; Monthly Service Charges, Adjustments, Etc. | ✓ | | | ✓ | ✓ | | $489.25 | ATT Mobility Already Unilaterally Terminated the Contract and Fraudulently OverBill For March 29th to April 28th, 2009. |
| 06/29 To 07/28, 2009 | Fraudulent Monthly Service Charges, Adjustments, Etc. | | | | ✓ | ✓ | | $233.90 | ATT Mobility Already Unilaterally Terminated the Contract and Fraudulently OverBill For March 29th to April 28th, 2009. |

Kess Tani

Page 58 of 58